**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KOREY MAURICE WESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-01281-HEA |
| | ) | |
| SCOT DUNN, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Korey Maurice Wess's motion for documents. (Docket No. 12). In the motion, plaintiff states that he was recently released from administrative segregation, and that his property was lost. As such, he requests that the Court send him a number of documents, including: (1) a copy of his complaint; (2) a copy of any documents previously sent to him; (3) a 42 U.S.C. § 1983 prisoner complaint form; (4) a motion for leave to proceed in forma pauperis form; (5) a motion for appointment of counsel form; (6) an example form to show him how to put claims in his complaint; and (7) example motions.

To the extent that the Court has the requested documents, the motion will be granted. Specifically, the Court will direct the Clerk of Court to send plaintiff a copy of his docket sheet, a copy of his complaint (Docket No. 1), a copy of the Court's order of January 21, 2022 (Docket No. 11), a copy of the Court's prisoner civil rights complaint form, a copy of the Court's motion for leave to proceed in forma pauperis form, and a copy of the Court's motion for appointment of counsel form. The Court notes that it does not have an example form or example motions, and thus cannot provide them.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for documents (Docket No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of his docket sheet, a copy of his complaint (Docket No. 1), and a copy of the Court's order of January 21, 2022 (Docket No. 11).

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's prisoner civil rights complaint form, a copy of the Court's motion for leave to proceed in forma pauperis form, and a copy of the Court's motion for appointment of counsel form.

Dated this  31st day of  January,  2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE